UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EARL CLIMMONS, E57421,<br>　　　　Petitioner,<br>　　v.<br>JAMES ROBERTSON, Warden,<br>　　　　Respondent. | Case No. 18-cv-00033-CRB  (PR)<br><br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS FOR FAILURE TO EXHAUST**<br><br>(ECF No. 12) |

Petitioner, a state prisoner incarcerated at Pelican Bay State Prison (PBSP), seeks a writ of habeas corpus under 28 U.S.C. § 2254 invalidating the California Board of Parole Hearings'(BPH) July 2, 2015 decision to deny him parole. He also seeks leave to proceed in forma pauperis (ECF No. 12), which, based solely on his affidavit of poverty, is GRANTED.

Prisoners in state custody who wish to challenge collaterally in federal habeas corpus proceedings either the fact or length of their confinement are first required to exhaust state judicial remedies, either on direct appeal or through collateral proceedings, by presenting the highest state court available with a fair opportunity to rule on the merits of each and every claim they seek to raise in federal court. See 28 U.S.C. § 2254(b)-(c). Petitioner has not done so. He has not presented the Supreme Court of California with an opportunity to consider and rule on his claims. See O'Sullivan v. Boerckel, 526 U.S. 838, 845 (1999) (state's highest court must be given opportunity to rule on claims even if review is discretionary); Larche v. Simons, 53 F.3d 1068, 1071-72 (9th Cir. 1995) (Supreme Court of California must be given at least one opportunity to review state prisoners' federal claims). The petition for a writ of habeas corpus therefore is DISMISSED without prejudice to petitioner filing a new petition after state judicial remedies are exhausted.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: March 26, 2018

_____
CHARLES R. BREYER
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY EARL CLIMMONS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MARTEL,<br><br>　　　　Defendant. | Case No. 3:18-cv-00033-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 26, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Larry Earl Climmons ID: E57421
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532


Dated: March 26, 2018

　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER